1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MANNKIND CORP. SECURITIES LITIGATION | Case No. 11-cv-0929-GAF (SSx)<br><br>**SCHEDULING ORDER REGARDING FINAL APPROVAL OF SETTLEMENT** |
| This Document Relates To:<br><br>ALL ACTIONS | Date Action Filed: January 31, 2011 |

Lead Plaintiff having filed an uncontested motion for preliminary approval of settlement, approval of notice, and class certification, and the Court having heard the parties on September 10, 2012 and issued an Order on September 12, 2012 that: (1) provisionally certified the class for settlement purposes under Federal Rules of Civil Procedure 23(a) and 23(b)(3); (2) approved the proposed form of notice; (3) granted preliminary approval of the settlement; (4) set a final approval hearing for December 17, 2012 at 9:30 a.m.; (5) directed the mailing of the notice packet on or before September 17, 2012; and (6) directed Lead Plaintiff to submit a proposed schedule with regard to additional dates and deadlines for the approval and administration of the settlement, which dates appear below and are reflected in the Notice that Lead Plaintiff has caused to be printed and mailed, it is HEREBY ORDERED THAT:

    a. The Court hereby appoints the firm Garden City Group, Inc. as Settlement Administrator to supervise and administer the notice and

1. claim procedures.

    b. On September 18, 2012, the Settlement Administrator shall cause the Stipulation of Settlement and its Exhibits and a copy of the Mailed Notice to be posted on the following website: www.gcginc.com.

    c. Lead Plaintiff shall cause the summary notice to be published on or before September 27, 2012;

    d. Lead Plaintiff shall file a motion for final approval of the settlement and plan of allocation, and papers in support of an application for attorneys' fees and reimbursement of expenses on or before November 12, 2012;

    e. Any request for exclusion from the class shall be delivered as specified in the Notice, postmarked on or before November 19, 2012;

    f. Any objections to the proposed settlement, and any requests to address the Court regarding the same during the final settlement hearing, shall be delivered to the recipients specified in the Notice, for receipt no later than November 26, 2012;

    g. Lead Plaintiff shall submit any additional papers in support of his motion for final approval and application for attorneys' fees and reimbursement of expenses on or before December 10, 2012; and

    h. All proof of claims shall be delivered as specified in the Notice, postmarked on or before January 4, 2013.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE