UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-929 GAF (SSx) | Date | December 17, 2012 |
|---|---|---|---|
| Title | JUSTIN MUI V. MANNKIND CORPORATION, ET AL. THE MANNKIND SECURITIES ACTIONS | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |
|---|---|

| Renee Fisher | Pat Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua Silverman<br>Peter Binkow<br>Lionel Z. Glancy<br>Robert B. Howard<br>Patrick V. Dahlstrom | Peter M. Adams<br>Koji Fukumura |

**Proceedings:**      MOTIONS HEARING (Non-Evidentiary) (Held & Completed)

1)   LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT (filed 11/12/12) [107]

2)   LEAD PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (filed 11/12/12) [109]

   Matter called.  Counsel state their appearances for the record.    The court questions the parties regarding the fees and costs as stated in court and on the record.

   The plaintiffs are ORDERED to file a Supplemental Declaration setting forth the details of the costs and any additional information to explain the expert fees, investigator fees and a more detailed breakdown of the meals and transportation costs.

    The Court will issue an Order Approving the Final Settlement.

   IT IS SO ORDERED.

                                                                                                              00    :    17

                                                              Initials of Preparer    rf