LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
ROBIN BRONZAFT HOWALD (#110280)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Co-Lead Counsel for Plaintiffs*
[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MANNKIND CORP. SECURITIES LITIGATION | Case No. 11-cv-0929-GAF (SSx)<br><br>Hon. Gary A. Feess<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE DISBURSEMENT OF THE NET SETTLEMENT FUND**<br><br>DATE: January 20, 2014<br>TIME: 9:30 a.m.<br>Place: Courtroom 740 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 20, at 9:30 a.m., in the Courtroom of the Honorable Gary A. Feess, Judge of the United States District Court for the Central District of California, located at 255 E. Temple St., Courtroom 740, Los Angeles, CA 90012, Lead Plaintiff Ki Yong Choi ("Lead Plaintiff"), individually and on behalf of all other members of the Settlement Class (collectively, "Plaintiffs"), will respectfully move the Court for entry of a proposed Order (the "Distribution Order"), which will:

1. Approve the procedures used and actions taken by The Garden City Group, Inc. ("GCG") and Plaintiff's Counsel for the administration of the Settlement as described herein and in the Declaration of Stephen J. Cirami ("Cirami Declaration"), filed concurrently herewith;

2. Approve the valid claims of Class Members (the "Authorized Claimants") identified in the list of Authorized Claimants, attached as Exhibit B-1 to the Cirami Declaration;

3. Approve the valid, but late-filed claims included in the list of authorized but late claimants, attached as Exhibit B-2 to the Cirami Declaration, as if they had been filed on or before the original deadline of January 4, 2013;

4. Approve the rejection of ineligible claimants as identified in and attached as Exhibit B-3 to the Cirami Declaration;

5. Approve the payment of fees and costs incurred to date, but yet unpaid, and anticipated future fees and costs for administration of the Settlement, incurred by and payable to GCG, in the amount of $395,480.57, as set forth in Exhibit C to the Cirami Declaration;

6. Direct that the balance of the Net Settlement Fund be distributed to the Authorized Claimants in Exhibits B-1 and B-2 to the Cirami Declaration;

7. Allow the destruction of claim forms and records in paper form one year after final distribution and the destruction of claim forms and records in electronic form three years after final distribution;

8. Bar any further claims against the Net Settlement Fund beyond the amount allocated to Authorized Claimants, and release and discharge from any and all claims arising out of the claims administration, all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Claims submitted herein, or otherwise involved in the administration of the Settlement Fund or the Net Settlement Fund;

9. Authorize and direct, if cost-effective, a re-distribution of any funds remaining in the Net Settlement Fund six months after the initial distribution, with such remainder to be allocated to Authorized Claimants who have cashed their payments; and if not cost-effective, the balance of the Net Settlement Fund to be donated to a not-for-profit organization chosen by Lead Counsel and approved by the Court.

Counsel for Lead Plaintiff forwarded this Notice of Motion, the Memorandum of Points and Authorities in Support, the Cirami Declaration, all exhibits attached, as well as the proposed order to Messrs. Fukumura and Adams at Cooley LLP, Counsel for Defendants. Counsel for Defendants have no comment on the proposed distribution plan.

Lead Plaintiff's Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Cirami Declaration (and all exhibits thereto), and all papers and pleadings on file in this action.

Dated: December 17, 2013 Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP

By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Peter A. Binkow
Robin Bronzaft Howald
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: Info@glancylaw.com

Patrick V. Dahlstrom *(pro hac vice)*
Joshua B. Silverman *(pro hac vice)*
POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

Peretz Bronstein
BRONSTEIN GERWITZ & GROSSMAN
60 East 42nd Street, Suite 4600
New York, NY 10165-0006
Telephone: (212) 697-6484
Facsimile: (212) 661-7296

*Attorneys for Plaintiffs*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On December 17, 2013, I caused to be served the following documents:

**1. LEAD PLAINTIFF'S NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE DISBURSEMENT OF THE NET SETTLEMENT FUND**

**2. LEAD PLAINTIFF'S MEMORANDUM IN SUPPORT OF AN ORDER AUTHORIZING THE DISBURSEMENT OF THE NET SETTLEMENT FUND**

**3. DECLARATION OF STEPHEN J. CIRAMI IN SUPPORT OF MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND**

**4. [PROPOSED] ORDER AUTHORIZING THE DISBURSEMENT OF THE NET SETTLEMENT FUND**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties on the attached Court's ECF Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2013, at Los Angeles, California.

***s/ Lionel Z. Glancy***
Lionel Z. Glancy

# Mailing Information for a Case 2:11-cv-00929-GAF -SS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com
- **Peter M Adams**
  padams@cooley.com,sissa@cooley.com
- **Naumon A Amjed**
  namjed@btkmc.com
- **Adrienne O Bell**
  abell@btkmc.com
- **Peter A Binkow**
  pbinkow@glancylaw.com
- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com
- **Koji F Fukumura**
  kfukumura@cooley.com,chourani@cooley.com
- **Lionel Zevi Glancy**
  lglancy@glancylaw.com
- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com
- **Marc I Gross**
  migross@pomlaw.com
- **Robert I Harwood**
  rharwood@hfesq.com,srosen@hfesq.com,gmariano@hfesq.com
- **Dennis J Herman**
  dherman@rgrdlaw.com
- **Robin Bronzaft Howald**
  rhowald@glancylaw.com
- **Lewis S Kahn**
  lewis.kahn@ksfcounsel.com
- **Stacey M Kaplan**
  skaplan@ktmc.com,arobles@ktmc.com

- **D Seamus Kaskela**
  skaskela@btkmc.com
- **Jeremy A Lieberman**
  jalieberman@pomlaw.com
- **Tricia L McCormick**
  triciam@rgrdlaw.com
- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com
- **Erik David Peterson**
  epeterson@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com
- **David M Promisloff**
  dmp@weiserlawfirm.com
- **Darren J Robbins**
  e_file_sd@rgrdlaw.com
- **Samuel K Rosen**
  srosen@hfesq.com,gmariano@hfesq.com
- **Joshua B Silverman**
  jbsilverman@pomlaw.com
- **Meghan O'Ryan Spieker**
  mspieker@cooley.com,msalas@cooley.com,gwilliams@cooley.com
- **Darcie Allison Tilly**
  dtilly@cooley.com,maraujo@cooley.com
- **David C Walton**
  davew@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`